O’BRIEN,
concurring and dissenting.
I join that part of the order denying a COA and dismissing this case. I dissent from the grant of in forma pauperis status.
The district court denied petitioner’s request for leave to appeal informa pauper-is after concluding that “Petitioner has no reasoned, non-frivolous argument in law or fact.” That is the functional equivalent of a certification that the appeal is “not taken in good faith.” 28 U.S.C. § 1915(a)(3). The district court was correct. The petition is merely a rehash of frivolous arguments presented to and rejected by the district court; they fly in the face of settled law and contain no reasoned argument for a modification or reversal of that law. Congress sought to limit frivolous prisoner appeals by exempting them from the fee waivers. We are bound by that directive.